UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN

IN RE:

Lydia Khamou,

        Debtor(s).
_____/

CaseNo. 17- 54744
Chapter 7
Hon: Randon

### ORDER TO CONDUCT RULE 2004 EXAMINATION OF DEBTOR AND EXTEND BAR DATES AS TO NATALIE SHARRAK

IT IS HEREBY ORDERED by and between counsel for the undersigned parties that Creditor, Natalie Sharrak, by and through its attorneys, Christopher Frank and Catrina Farrugia, will conduct an examination of Debtor Lydia Kahmou pursuant to Federal Rule of Bankruptcy Procedure 2004 on February 13, 2018, beginning at 1:00 p.m., and continuing until such time as it is completed, at The offices of Leduc Frank, 26676 Woodward Avenue, Royal Oak, Michigan 48067. Debtor shall appear at the examination with documentation stated in attached Exhibit A to the extent available.

IT IS FURTHER ORDERED That the deadline to file a complaint objecting to the discharge of the Debtor(s) under 11 U.S.C. § 727 or to determine the dischargeability of certain debts under 11 U.S.C. § 523 is extended from January 29, 2018 to March 15, 2018.

IT IS FURTHER ORDERED these deadline extensions apply to Natalie Sharrak only.

IT IS FURTHER ORDERED that this Stipulation shall apply regardless of the parties conversion under another Chapter of Title 11.

**Signed on January 19, 2018**



**/s/ Mark A. Randon**
**Mark A. Randon**
**United States Bankruptcy Judge**